# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Sidney I. Schenkier | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 437 - 1 | **DATE** | 6/6/2008 |
| **CASE TITLE** | United States of America vs. Maurice Bell | | |

**DOCKET ENTRY TEXT**

Government's motion to seal complaint, affidavit, and arrest warrant until 7/2/2008, or until execution of arrest warrant is granted. Enter order to seal complaint, affidavit, and arrest warrant until 7/2/2008, or until execution of arrest warrant.

■ [ For further detail see separate order(s).]

| | Courtroom Deputy Initials: | mm |
|---|---|---|