UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 08 CR 437 |
| v. | ) | |
| | ) | Sidney I. Schenkier |
| MAURICE LYNELL BELL | ) | United States Magistrate Judge |
| | ) | |
| | ) | |

## ORDER

It is hereby ORDERED that the Criminal Complaint, Affidavit, and Arrest Warrant in this matter, all dated June 2, 2008, are hereby SEALED until and including July 2, 2008, or until the execution of the Arrest Warrant, whichever comes first.

ENTER:

_____
SIDNEY I. SCHENKIER
United States Magistrate Judge

Dated: June 6, 2008