## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Sidney I. Schenkier | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 437 - 1 | **DATE** | 06/02/08 |
| **CASE TITLE** | United States of America vs. Maurice Bell | | |

**DOCKET ENTRY TEXT**

Arrest warrant issued as to Maurice Bell pursuant to criminal complaint filed on 6/2/08..

Docketing to mail notices.

Courtroom Deputy Initials: mm