## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Arlander Keys | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 437-1 | **DATE** | 6/16/2008 |
| **CASE TITLE** | USA vs. Maurice Bell | | |

**DOCKET ENTRY TEXT**

Removal proceedings held. Defendant appears in response to arrest on 6/16/08. Gary Ravitz is appointed as counsel for defendant. Defendant waives identity hearing. Detention hearing set for 6/19/08 at 2:00 p.m. The Defendant is ordered detained until further order of court. The indictment is ordered unsealed.

Docketing to mail notices.

00:08

| | | Courtroom Deputy Initials: | AC |
|---|---|---|---|

U.S. DISTRICT COURT
CLERK
2008 JUN 18 PM 5:34
FILED-FDT