# FINANCIAL AFFIDAVIT
## IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

CJA 23 (Rev. 5/98)

IN UNITED STATES: [X] MAGISTRATE  [ ] DISTRICT  [ ] APPEALS COURT or  [ ] OTHER PANEL (Specify below)

IN THE CASE OF: US vs. Bell
FOR: ND IL AT Chicago

LOCATION NUMBER: ___

PERSON REPRESENTED (Show your full name): MAURICE BELL

[X] 1 Defendant – Adult
[ ] 2 Defendant – Juvenile
[ ] 3 Appellant
[ ] 4 Probation Violator
[ ] 5 Parole Violator
[ ] 6 Habeas Petitioner
[ ] 7 2255 Petitioner
[ ] 8 Material Witness
[ ] 9 Other (Specify)

DOCKET NUMBERS
Magistrate: 08 CR 437
District Court:
Court of Appeals:

CHARGE/OFFENSE (describe if applicable & check box) → [X] Felony  [ ] Misdemeanor
18 USC 228(a)(3)

**FILED**
JUN 16 2008
MAGISTRATE JUDGE ARLANDER KEYS
UNITED STATES DISTRICT COURT

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

### ASSETS

**EMPLOYMENT**
Are you now employed? [X] Yes  [ ] No  [ ] Am Self Employed
Name and address of employer: TRIPOINT MORTGAGE
IF YES, how much do you earn per month? $ APPROX $1300
IF NO, give month and year of last employment. How much did you earn per month? $ ___
If married is your Spouse employed? [ ] Yes  [X] No   DNA
IF YES, how much does your Spouse earn per month? $ ___
If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ ___

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? [X] Yes  [ ] No
RECEIVED: About 10,000 — McGrath Lexus
IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES $ About 10,000 — Howard Orloff Auto

**CASH**
Have you any cash on hand or money in savings or checking account? [X] Yes [ ] No  IF YES, state total amount $ 40

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? [ ] Yes  [X] No
IF YES, GIVE THE VALUE AND DESCRIBE IT   VALUE $ ___   DESCRIPTION ___

### OBLIGATIONS & DEBTS

**DEPENDENTS**
MARITAL STATUS: [X] SINGLE  [ ] MARRIED  [ ] WIDOWED  [ ] SEPARATED OR DIVORCED
Total No. of Dependents: ___
List persons you actually support and your relationship to them: ___

**DEBTS & MONTHLY BILLS**
(LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME / Creditors | Total Debt | Monthly Payt. |
|---|---|---|
| Rent & Utilities | $ | $ 1100 |
| Food | $ | $ About $200 |
|  | $ | $ |
|  | $ | $ |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) 6-16-08

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ▶ [signature]



**FILED**
JUNE 16, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT