## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Arlander Keys | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 437 | **DATE** | 6/19/2008 |
| **CASE TITLE** | USA vs. Maurice Bell | | |

**DOCKET ENTRY TEXT**

The Defendant waives his right to Preliminary Examination. Enter a finding of probable cause. The Defendant is ordered Bound to the District Court for further proceedings. Detention hearing held. The Defendant is ordered released. *AK*

Docketing to mail notices.

00:12

| | Courtroom Deputy Initials: | AC |
|---|---|---|

U.S. DISTRICT COURT
CLERK
2008 JUN 19 PM 5:14
FILED