IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| | ) No. 08 CR 437 |
| v. | ) |
| | ) Magistrate Judge Arlander Keys |
| | ) |
| MAURICE BELL | ) |
| | ) |

NOTICE OF MOTION

TO:   AUSA Shoshana L. Gillers
      219 S. Dearborn, 5th Fl.
      Chicago, IL 60604

   PLEASE TAKE NOTICE that on June 27, 2008, at 9:00 a.m. I shall appear before the Hon. Arlander Keysand there and then present the **EMERGENCY AGREED MOTION TO MODIFY CONDITIONS OF PRETRIAL RELEASE**, a copy of which is hereby served upon you.

CERTIFICATE OF SERVICE

   PLEASE TAKE NOTICE that on June 25, 2008, I caused the document listed herein to be served on AUSA Shoshona L. Gillers, an ECF Filing User.

                              Respectfully submitted,

                              s/ Gary Ravitz
                              _____
                              Gary Ravitz, attorney for
                              Maurice Bell

Ravitz & Palles, P.C.
203 N. La Salle, Ste.2100
Chicago, Illinois 60601
(312) 558-1689