# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Arlander Keys | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 437 | **DATE** | 6/26/2008 |
| **CASE TITLE** | USA vs. Maurice Bell | | |

**DOCKET ENTRY TEXT**

Defendant's Unopposed Motion to modify conditions of release is granted. (#12). The Defendant's conditions of release is modified to allow him to appear in the Circuit Court of Sangamon County, at a hearing scheduled on June 30, 2008 in Sangamon County which is located within the Central District of Illinois. *AK*

Docketing to mail notices.

| | Courtroom Deputy | AC |
|---|---|---|