FILED
RECEIVED
JUL 0 3 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | No. 08 CR 437 |
| ) | Violations: Title 18, United States |
| MAURICE LYNELL BELL ) | Code, Section 228(a)(3) |
| ) | |
| ) | |

JUDGE KENNELLY
MAGISTRATE JUDGE SCHENKIER

The SPECIAL JUNE 2007 GRAND JURY charges:

Beginning no later than on or about February 1, 2000 and continuing to at least on or about June 1, 2007, at Bartlett, in the Northern District of Illinois, Eastern Division, and elsewhere,

MAURICE LYNELL BELL,

defendant herein, willfully failed to pay a support obligation ordered by the State of Illinois County of DuPage Circuit Court with respect to a child who resides in a State, namely, Illinois, other than where defendant resided, namely, Arizona, and which obligation has remained unpaid for longer than two years, and which obligation is greater than $10,000;

In violation of Title 18, United States Code, Section 228(a)(3).

A TRUE BILL:

_____
FOREPERSON

_____
UNITED STATES ATTORNEY