FILED
JUL 03 2008
JuL 3, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### DESIGNATION SHEET FOR CRIMINAL PROCEEDINGS

1) Is this an indictment or information arising out of offenses charged in one or more previously-filed magistrate's complaints?
   NO ☐   YES X   If the answer is "Yes", list the case number and title of the earliest filed complaint:
   United States v. Maurice Lynell Bell  08CR437  Judge Schenkier

   JUDGE KENNELLY

2) Is this an indictment or information that supersedes one or more previously-filed indictments or informations?
   NO X   YES ☐   If the answer is "Yes", list the case number and title of the earliest filed superseded indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):

   MAGISTRATE JUDGE SCHENKIER

3) Is this a re-filing of a previously dismissed indictment or information?   NO X   YES ☐
   If the answer is "Yes", list the case number and title of the previously dismissed indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):

4) Is this a case arising out of the failure of the defendant to appear in a criminal proceeding in this Court?
   NO X   YES ☐   If the answer is "Yes", list the case number and title of the criminal proceeding in which the defendant failed to appear (Local Criminal Rule 50.2(3)):

5) Is this a transfer of probation supervision from another district to this District?   NO X   YES ☐

6) What level of offense is this indictment or information?   FELONY X   MISDEMEANOR ☐

7) Does this indictment or information involve eight or more defendants?   NO X   YES ☐

8) Does this indictment or information include a conspiracy count?   NO X   YES ☐

9) Indicate which of the following types of offenses describes the count, other than any conspiracy count, with the most severe penalty:

   ☐ Homicide ............................. (II)
   ☐ Criminal Antitrust (II)
   ☐ Bank robbery ........................ (II)
   ☐ Post Office Robbery ................ (II)
   ☐ Other Robbery ...................... (II)
   ☐ Assault ............................... (III)
   ☐ Burglary ............................. (IV)
   ☐ Larceny and Theft .................. (IV)
   ☐ Postal Embezzlement ............... (IV)
   ☐ Other Embezzlement ................ (III)
   ☐ Income Tax Fraud .................. (II)
   ☐ Postal Fraud ........................ (II)
   ☐ Other Fraud ......................... (III)
   ☐ Auto Theft .......................... (IV)
   ☐ Transporting Forged Securities .. (III)
   ☐ Forgery ............................. (III)
   ☐ Counterfeiting ..................... (III)
   ☐ Sex Offenses ....................... (II)
   ☐ DAPCA Marijuana .................. (III)
   ☐ DAPCA Narcotics ................... (III)
   X DAPCA Controlled Substances .. (III)
   ☐ Miscellaneous General Offenses .. (IV)
   ☐ Immigration Laws .................. (IV)
   ☐ Liquor, Internal Revenue Laws ... (IV)
   ☐ Food & Drug Laws .................. (IV)
   ☐ Motor Carrier Act .................. (IV)
   ☐ Selective Service Act .............. (IV)
   ☐ Obscene Mail ....................... (III)
   X Other Federal Statutes ............ (III)
   ☐ Transfer of Probation Jurisdiction .. (V)

10) List the statute of each of the offenses charged in the indictment or information.
    21 U.S.C. § 228(a)(3)

SHOSHANA L. GILLERS
Assistant United States Attorney

(Revised 12/99)