Minute Order Form (06/97)

JH

## United States District Court, Northern District of Illinois

07 GJ 672

| Name of Assigned Judge or Magistrate Judge | | Sitting Judge if Other than Assigned Judge | Susan E. Cox |
|---|---|---|---|
| CASE NUMBER | 08 CR 0437 | DATE | JULY 3, 2008 |
| CASE TITLE | US v. MAURICE LYNELL BELL | | |

[In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

MOTION:

### GRAND JURY PROCEEDING

SPECIAL JUNE 2007

The Grand Jury for the _____ Session, a quorum being present, returns the above-entitled indictment in open Court this date before

Judge or Magistrate Judge _____

DOCKET ENTRY:

JUDGE KENNELLY

# MAGISTRATE JUDGE SCHENKIER

TO SET PRELIMINARY BAIL AT $4500.00 AND THAT DEFENDANT BE ALLOWED TO SIGN OWN RECOGNIZANCE BOND.

# FILED

NF

JUL 0 3 2008

JuL. 3, 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

SIGNATURE OF JUDGE _____   (ONLY IF FILED
OR MAGISTRATE JUDGE                            UNDER SEAL)

| | | | Number of notices | DOCKET# |
|---|---|---|---|---|
| No notices required, advised in open court. | | | | |
| No notices required. | | | Date docketed | |
| Notices mailed by judge's staff. | | | Docketing | |
| Notified counsel by telephone. | | | dpty. initials | |
| Docketing to mail notices | | | Date mailed notice | |
| Mail AO 450 form. | | | | |
| Copy to judge/magistrate judge. | | | Mailing dpty. initials | |
| Courtroom Deputy Initials | Date/time received in Central Clerk's office | | | |