# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Matthew F. Kennelly | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 437 | **DATE** | 8/7/2008 |
| **CASE TITLE** | USA vs. Maurice Bell | | |

**DOCKET ENTRY TEXT**

Arraignment held. Defendant enters a plea of not guilty to all counts of the indictment. 16.1 conference to be held by 8/28/2008. Pre-trial motions due 9/25/2008. Response to motions due 10/16/2008, and reply brief by 10/27/2008. Jury trial set for 1/20/2009 at 9:45 AM. Status hearing set to 11/25/2008 at 1:30 PM. Defendant's appearance is waived. Ordered time excluded pursuant to 18 U.S.C. 3161(h)(1)(F). (X-E)

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | OR |
|---|---|---|