IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION


UNITED STATES OF AMERICA,            )
                                     )
                                     )      No.  08 CR 437
              v.                     )
                                     )      Judge Matthew F. Kennelly
                                     )
MAURICE BELL                         )
                                     )


NOTICE OF MOTION

TO:    AUSA  Shoshana  L. Gillers
       219 S. Dearborn, 5th Fl.
       Chicago, IL 60604

       PLEASE TAKE NOTICE that on August 21, 2008, at 9:30 a.m.,  I shall appear before the
Hon. Matthew F. Kennelly and there and then present the **AGREED MOTION TO MODIFY
CONDITIONS OF RELEASE**, a copy of which is hereby served upon you.


CERTIFICATE OF SERVICE

       PLEASE TAKE NOTICE that on August 14, 2008, I caused the document listed herein to be
served on AUSA  Shoshona L. Gillers, an ECF  Filing User.


                              Respectfully submitted,


                              s/ Gary Ravitz

                              _____
                              Gary Ravitz, attorney for
                              Maurice Bell


Ravitz & Palles, P.C.
203 N.  La Salle, Ste.2100
Chicago, Illinois  60601
(312) 558-1689