# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Matthew F. Kennelly | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 437 | **DATE** | 8/20/2008 |
| **CASE TITLE** | USA vs. Maurice Bell | | |

**DOCKET ENTRY TEXT**

Agreed motion to modify conditions of release is granted. Conditions are modified to include "employment related travel with advance permission of Pretrial Services."

| | Courtroom Deputy Initials: | OR |
|---|---|---|